No. 90–8401. JURAS *v.* AMAN COLLECTION SERVICE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–8402. HALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8403. McINTOSH *v.* ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90–8404. McCALLA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8406. HESTER *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY AT PARCHMAN. C. A. 5th Cir. Certiorari denied.

No. 90–8408. RUIZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8409. AUSTIN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8410. HICKS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8411. LOPEZ-MEDINA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8412. BRYANT *v.* MAFFUCCI ET AL. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8413. PERRY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8414. LAIRD *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8415. VEY *v.* SANTIAGO. C. A. 3d Cir. Certiorari denied.

No. 90–8416. PILLERSDORF, AS APPOINTED COUNSEL FOR CURTIS *v.* STORY, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 90–8418. MONTANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮